**037-15**

# ELECTRONIC RECORD

COA #   02-13-00366-CR                    OFFENSE:   64.01

STYLE:  Roger Eugene Fain v. The State of Texas        COUNTY:   Tarrant

COA DISPOSITION:  Affirmed/Reversed & Remanded to Trial Court        TRIAL COURT:   372nd District Court

DATE: 12/04/2014        Publish: NO   TC CASE #:   1023944D


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Roger Eugene Fain v. The State of Texas        CCA #:   **037-15**

_____ State's _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____ REFUSED _____        JUDGE: _____

DATE: 04/15/2015        SIGNED: _____        PC: _____

JUDGE: _____        PUBLISH: _____        DNP: _____

Keller would GRANT

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD